UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTIN CORREA; RONY ALBERTO SANCHEZ; OSMAN SOTO JOSE FLORES; JESUS ARTURITO MALDONADO; AND FRANKLIN SOTO; on behalf of themselves and others similarly situated,

    Plaintiff(s),

v.

T&M GREENCARE INCORPORATED; AND MARLON REYES,

    Defendant(s).

**CONSENT TO CHANGE ATTORNEY**

Case No. 2:20-CV-04457

**IT IS HEREBY AGREED**, by and between the undersigned, that the firm of GOLDBERG SEGALLA LLP located at 200 Garden City Plaza, Suite 520, Garden City, New York 11530 be substituted as attorneys for the defendants T&M GREENCARE INCORPORATED AND MARLON REYES in the above entitled action in the place and stead of Cuomo LLC, 200 Old Country Road – Suite 2 South, Mineola, NY 11501.

**IT IS HEREBY FURTHER AGREED** that this Consent may be signed in counterparts, and that electronic or facsimile signatures shall be deemed to be originals.

Dated: Garden City, New York
       September 16, 2021

GOLDBERG SEGALLA LLP
BY: /s/ Scott R. Green
    Scott R. Green
Incoming Attorneys for Defendants
200 Garden City Plaza – Suite 520
Garden City, NY 11530
516-281-9800

CUOMO LLC
BY: /s/ Oscar Michelen
    Oscar Michelen
Outgoing Attorneys for Defendants
200 Old Country Road-Suite 2 South
Mineola, NY 11501
516-741-3222

31179281.v1
31179281.v1

T&M GREENCARE INCORPORATED

BY: *Marlon Reyes, President*
Name, Title

_____
MARLON REYES

```
STEPHEN V ROBINSON
Notary Public - State of New York
NO. 01RO6345243
Qualified in Suffolk County
My Commission Expires Jul 25, 2024
```

STATE OF NEW YORK ) 
                  ) SS:
COUNTY OF Nassau  )

On this 17th day of Sept, 2021 before me, a notary public in and for said state, appeared before me, marlon reyes of T&M GREENCARE INCORPORATED and acknowledged that he/she signed this consent to change attorney, and is known to me to be the Owner of T&M GREENCARE INCORPORATED and who executed the within and foregoing instrument and acknowledged to me that he/she executed the same.

_____
Notary Public

STATE OF NEW YORK )
                  )
COUNTY OF Nassau  )

On the 17th day of Sept, 2021 before me personally came MARLON REYES known to me to be the same person described in and who executed the foregoing Consent to Change Attorney and acknowledged to me that he/she executed the same.

_____
Notary Public

2

31179281.v1
31179281.v1